IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JILL N. DICKENS,

       Plaintiff,

v.                             Case No. 1:17cv189-MW/GRJ

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

       Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 15, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation and request for oral argument. ECF No. 16. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED.**" The request for oral argument is **DENIED**. The Clerk shall close the file.

**SO ORDERED on June 8, 2018.**

                                         s/Mark E. Walker     
                                         **United States District Judge**